RECEIVED
CHARLOTTE, N.C.
DEC - 9 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED IN COURT
STATESVILLE, N.C.
DEC 1 9 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:02CR5-8-V |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **RULE 35 ORDER** |
| LARRY DARNELL ROBINSON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Rule 35 Motion and Order be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Rule 35 Motion and Order, in the above-captioned case be unsealed.

This the 19th day of December 2005.

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE